**LUNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CIVIL MINUTES – GENERAL

Case No.  2:21-cv-05702-VAP-KESx                    Date:  February 9, 2022

Title:  ANDREWS GOMEZ v. SOCIETY RESTAURANT GROUP INC.

PRESENT:

### THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE Why Defendant and/or Defense Counsel Should Not Be Sanctioned**

Defendant Society Restaurant Group Inc. and its counsel of record, Calvin R. House of Gutierrez Preciado and House LLP, are ordered to show cause why they should not be sanctioned for failure to comply with this Court's orders.  Specifically, Defendant was ordered to email settlement conference briefs no later than February 8 and failed to do so.  (Dkt. 24.)  Defense counsel was ordered to attend a pre-settlement conference call on February 9 and failed to do so.

In response to this OSC, defense counsel should (1) file a written explanation of these failure no later than February 11, 2022, and (2) immediately contact Plaintiff's counsel to discuss preparations for the Zoom settlement conference scheduled for February 14.  The Court has instructed Plaintiff's counsel to advise the Court by email (cc'd to Mr. House) no later than 10 AM on Friday, February 11 whether the parties have been able to confer about the settlement conference and are prepared to proceed on February 14.

Initials of Deputy Clerk JD